Mark B. Hutton
Lead Counsel
KS Bar #10112
HUTTON & HUTTON LAW FIRM, L.L.C.
8100 East 22nd Street North
Building 1200
Wichita, KS 67226
Telephone: 316-688-1166
Fax: 316-686-10773
trial.lawyers@huttonlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-6903 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Bryer |
| David J. Mooney, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Linda Couch and Jane Williams for Gary Williams in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rules of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the Plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

//

1
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

```
 1  DATED: 2/25, 2010          By: /s/ M B Hutton
                               HUTTON & HUTTON LAW FIRM, L.L.C.
 2                             8100 East 22nd Street North
                               Building 1200
 3                             P.O. Box 638 (67201)
                               Wichita, KS 67226
 4                             Telephone: 316-688-1166
                               Fax: 316-686-1077
 5                             trial.lawyers@huttonlaw.com

 6                             Attorneys for Plaintiffs

 7
    DATED: _____ March 16, 2010  By: /s/
 8                               DLA PIPER LLP (US)
                                 1251 Avenue of the Americas
 9                               New York, NY 10020
                                 Telephone: 212-335-4500
10                               Fax: 212-335-4501

11                               Defendants' Liaison Counsel

12  PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO
    ORDERED.
13
    DATED: April 5, 2010          By: /s/
14                                Hon. Charles R. Breyer
                                  United States District Court
15
```

2
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**